# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3170
_____

RAY VICTOR MORALES,

Appellant,

v.

CARMEN DIAZ, f/k/a/, CARMEN
MORALES,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

October 31, 2019

PER CURIAM.

AFFIRMED.

OSTERHAUS, KELSEY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.*

_____

Kristin Adamson, Tallahassee, for Appellant.

James P. Judkins and Anthony L. Bajoczky, Jr. of Ausley McMullen, Tallahassee, for Appellee.